# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

_____

| | |
|---|---|
| **ANTHONY DYSART,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 05-2156 |
| **DAVID MADIGAN, JAMES YOUNG, and NURSE JANE DOE,** being a nurse employed at the Champaign County, Illinois jail, | ) |
| **Defendants.** | ) |

## ORDER

A Report and Recommendation (#14) was filed by the Magistrate Judge in the above cause on October 19, 2005. More than ten (10) days have elapsed since filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) Defendant Madigan's Motion to Dismiss Plaintiff's Complaint (#5) is GRANTED. Defendant Madigan is terminated as a party to this litigation.

(2) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 9th day of November, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE