**E-FILED**
Monday, 19 December, 2005  01:50:26 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

_____

| | | |
|---|---|---|
| **ANTHONY DYSART,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 05-2156** |
| | ) | |
| | ) | |
| **DAVID MADIGAN, JAMES YOUNG, and** | ) | |
| **NURSE JANE DOE, being a nurse employed** | ) | |
| at the Champaign County, Illinois, Jail, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

A Report and Recommendation (#21) was filed by the Magistrate Judge in the above cause on November 30, 2005.  More than ten (10) days have elapsed since filing of the Recommendation and no objections have been made.  See 28 U.S.C. § 636(b)(1).  The Recommendation of the Magistrate Judge is, therefore, accepted by the court.  See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) Defendant Young's Motion to Dismiss Plaintiff's Complaint (#7) is GRANTED in part and DENIED in part.  The motion is granted with regard to Plaintiff's Fifth Amendment claim and denied as to Plaintiff's Fourteenth Amendment claim.

(2) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 19th day of December, 2005

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE